UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:  8:18-01557 AB (ADS)                    Date:  July 5, 2019

Title:  *David Brown, et al. v. Daniel Pivaroff, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|                Kristee Hopkins                |                None Reported                |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings:       (IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING FAILURE TO PROSECUTE**

On August 31, 2018, plaintiffs David Brown and Ericka Brown (collectively, "Plaintiffs") filed a Complaint under 42 U.S.C. § 1983 against nine defendants.  [Dkt. No. 1].  On September 24, 2018, Plaintiffs filed a Proof of Service as to each defendant. [Dkt. Nos. 13, 14, 15, 16, 17, 18, 19, 20, 21].  As of the date of this Order, none of the defendants have filed a response with the Court.

Plaintiffs bear the responsibility to move their cases toward disposition.  Federal Rule of Civil Procedure 41(b) allows courts to dismiss actions for plaintiff's failure to prosecute. Fed. R. Civ. P. 41(b).

More than nine months have passed since Plaintiffs filed the Proofs of Service. As of the date of this Order, Plaintiffs have not addressed defendants' failure to respond to the Complaint or otherwise move this case forward.  As such, Plaintiff is hereby **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute.  **By no later than July 26, 2019**, Plaintiffs must file either (A) a response in writing to this Order to Show Cause explaining why the case should not be dismissed for failure to prosecute, or (B) a request for entry of default and motion for entry of default judgment under Federal Rule of Civil Procedure 55.  The Court makes no representation that Plaintiffs are entitled to entry of default judgement at this time.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:18-01557 AB (ADS)                          Date:  July 5, 2019

Title:  *David Brown, et al. v. Daniel Pivaroff, et al.*

 **Plaintiffs are warned that failure to respond to this OSC within the time specified may result in a recommendation that this action be dismissed without prejudice for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

 **IT IS SO ORDERED.**

Initials of Clerk kh