JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BROWN, et al., | Case No. 8:18-01557 AB (ADS) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| DANIEL PIVAROFF, et al., | |
| Defendants. | |

Pursuant to the Court's Order Dismissing Action for Failure to Prosecute IT IS HEREBY ADJUDGED that the above-captioned case is dismissed without prejudice.

Dated: October 21, 2019

_____
THE HONORABLE ANDRÉ BIROTTE JR.
United States District Judge